| Form 668 (Y)(c) (Rev. February 2004) | 2074  Department of the Treasury - Internal Revenue Service  **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #7  Lien Unit Phone: (800) 913-6050 | **Serial Number** 497397124 | | **For Optional Use by Recording Office**  MC-24-00055  FILED  Clerk  District Court  JUL 29 2024  for the Northern Mariana Islands  By ___JP___ (Deputy Clerk) |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  BIBA MARIANAS LLC  SABLAN TOPLINE COMPANY

**Residence**  PO BOX 504900 CK  SAIPAN, MP 96950

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2023 | XX-XXX7535 | 09/18/2023 | 10/18/2033 | 28448.91 |
| 941 | 06/30/2023 | XX-XXX7535 | 09/25/2023 | 10/25/2033 | 40618.65 |
| 941 | 09/30/2023 | XX-XXX7535 | 03/11/2024 | 04/10/2034 | 36646.23 |

**Place of Filing**  
US DISTRICT COURT OF CNMI  
PO BOX 500687  
Saipan, MP 96950

**Total** $ 105713.79

This notice was prepared and signed at _____INTERNATIONAL, PR_____, on this, the __15th__ day of __July__, __2024__.

**Signature**  Edwin Sean Curry  
for SEAN PATRICK

**Title**  REVENUE OFFICER  
(808) 466-6390

27-10-3714

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)  
CAT. NO 60025X